UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

    Plaintiffs,                            Case No. 05-71141

v.                                       Honorable John Corbett O'Meara

INDUSTRIAL CONTRACTING, L.L.C.; and
THE LASALLE GROUP, INC.,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

This matter came before the court on Defendants' May 21, 2010 motion for reconsideration. No response was filed an no oral argument was heard. LR 7.1 (g)(2)(E.D. Mich. Dec. 1, 2005).

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case Defendants have failed to demonstrate a palpable defect by which the court and the parties have been misled. Defendants' motion for reconsideration merely presents the same issues and reiterates the same arguments the court has already considered and rejected. Therefore, the court must deny Defendants' motion for reconsideration.

**ORDER**

It is hereby **ORDERED** that Defendants' May 21, 2010 motion for reconsideration is **DENIED.**

s/John Corbett O'Meara<br>
United States District Judge

Date:  March 2, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 2, 2011, using the ECF system.

s/William Barkholz<br>
Case Manager